IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
05 MAR -2 PM 4:28
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| **AHMED EL-ZAYATY** | : | Case No. 3:04CV7487 |
| | : | |
| Plaintiff, | : | Judge James G. Carr |
| | : | |
| v. | : | |
| | : | |
| **THE UNIVERSITY OF FINDLAY** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Now comes the Plaintiff, by and through his undersigned Counsel, and gives notice of substitution of Derek F. Bricker as Trial Counsel in the above-captioned matter. The undersigned no longer works for the law firm of Kennedy & Knoll. Mr. Kennedy is no longer representing Dr. El-Zayaty. Please add the undersigned to the service sheet and remove Mr. Kennedy/Kennedy & Knoll from the same.

Respectfully submitted,

*Derek Bricker*
Derek F. Bricker (0073736)
Attorney at Law
Easton Town Center
4100 Regent Street, Suite T
Columbus, Ohio 43219
Telephone: (614) 895-9936
Fax: (614) 269-4919
Trial Attorney for Plaintiff

## PROOF OF SERVICE

I, Derek F. Bricker, attorney for Plaintiff, Dr. Ahmed El-Zayaty, certify that a copy of the foregoing Notice of Substitution of Counsel was served on:

Thomas A. Dixon
Michael W. Regnier
Eastman & Smith, Ltd.
One SeaGate, 24th Floor
Post Office Box 10032
Toldeo, Ohio 43699-0032

this 28th day of February 2005 via ordinary U.S. mail.

Derek F. Bricker (0073736)
Attorney for Plaintiff